

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Steve Van Horne,                          * From the 104th District Court
                                            of Taylor County,
                                            Trial Court No. 28401-B.

No. 11-22-00325-CV                        * November 15, 2024

Atmos Energy Corporation,                 * Memorandum Opinion by Wright, S.C.J.
                                            (Panel consists of: Trotter, J.,
                                            Williams, J., and Wright, S.C.J.,
                                            Sitting by assignment)
                                            (Bailey, C.J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.